IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:08cr45-WC |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(2); 32-5A-190; 32-6-1; |
| | ) | 13A-6-22(a)(1); 13A-6-24] |
| CAM R. SHEPHERD | ) | |
| | ) | INFORMATION |

The United States Attorney charges:

## COUNT I

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

## COUNT II

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did drive a motor vehicle carelessly and heedlessly in willful or wanton disregard for the rights or safety of persons or property, to wit: Lartikeya R. Morris, in violation of Title 32, Section 5A-190, and Title 18, Section 13, United States Code.

## COUNT III

On or about the 29th of April, 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did fail to procure a driver's license before driving a motor vehicle upon the highways of this state, in violation of Title 32, Section 6-1, and Title 18, Section 13, United States Code.

## COUNT IV

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did intentionally cause physical injury to a person; to wit: intentionally pushed and struck with an open hand Brandy B. Shepherd, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-6-22(a)(1).

## COUNT V

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did intentionally engage in conduct which created a substantial risk of serious physical injury to another person, to wit: Brandy B. Shepherd, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-6-24.

## COUNT VI

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did intentionally engage in conduct which created a substantial risk of serious physical injury to another person, to wit: Drew Baty, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-6-24.

## COUNT VII

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did intentionally engage in conduct which created a substantial risk of serious physical injury to another person, to wit: Cameron Shepherd, in violation to wit: of Title 18, Section 13, United States Code, and Alabama Code 13A-6-24.

## COUNT VIII

On or about the 29th of April 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, CAM R. SHEPHERD did intentionally engage in conduct which created a

substantial risk of serious physical injury to another person, to wit: Price Shepherd, in violation of Title 18, Section 13, United States Code, and Alabama Code 13A-6-24.

                          LEURA GARRETT CANARY
                          UNITED STATES ATTORNEY

                          KENT B. BRUNSON
                          ASSISTANT U.S. ATTORNEY

                          EMILY M. RUISANCHEZ
                          SPECIAL ASSISTANT U.S. ATTORNEY
                          GA BAR NO. 142573
                          Office of the Staff Judge Advocate
                          Soldier Service Center, Building 5700
                          Fort Rucker, Alabama 36362-5000
                          (334) 255-9141

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | |
| | ) | AFFIDAVIT |
| DALE COUNTY | ) | |

The undersigned, being first duly sworn, deposes and says:

I am a Military Police officer at Fort Rucker, Alabama. On the 29th of April 2007, at approximately 5:35 P.M., I was dispatched in response to a domestic altercation in the housing area; CAM R. SHEPHERD had used his vehicle (Red Chevy Trailblazer) to chase down and obstruct Brandy Shepherd's vehicle while driving, with three minor children in Brandy Shepherd's vehicle at the time; SHEPHERD then exited his vehicle and ran over to Brandy shepherd's vehicle, forcibly tried taking the keys out of the ignition, and struck Brandy Shepherd with an open hand; SHEPHERD then returned to his vehicle and fled the scene, and in doing so, almost hit Lartikeya Morris, a child pedestrian. I observed SHEPHERD's red Chevy Trailblazer with white trailer driving on Christian Road, and initiated a traffic stop at the corner of Christian Road and Andrews Avenue. The driver stepped out of the vehicle and was stumbling. I requested the driver's identification, to which he produced a military identification card identifying him as CAM R SHEPHERD, but failed to produce a valid driver's license. I instructed SHEPHERD to turn his vehicle off, and upon contact, I detected a strong odor of alcohol emitting from SHEPHERD's person. SHEPHERD was apprehended and transported to the Military Police station, where he refused to submit a breath and/or blood alcohol sample. SHEPHERD then indicated that he felt an anxiety attack coming on, requested to be placed in a detention cell, and was transported to the Dale Medical Center for evaluation. Upon arrival at Dale Medical Center, SHEPHERD refused treatment and was released. SHEPHERD was transported back to the Military Police station for further processing and released to his military sponsor. On May 1st, 2007, SHEPHERD was returned to the Military Police station where he was advised of his rights, which he invoked requesting an attorney. SHEPHERD was further processed and released on his own recognizance.

_____
JASON B. STRONG, SPC, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this  15  day of  February  2008.


_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS