**COURTROOM DEPUTY MINUTES**            **DATE:**  __5/13/08__

**MIDDLE DISTRICT OF ALABAMA**

                                                          **DIGITAL RECORDING: 10:50 - 10:51_____**

√        **INITIAL APPEARANCE**

❑        **DETENTION HEARING**

❑        **REMOVAL HEARING (R.40)**              **HEARING NOT HELD**

√        **ARRAIGNMENT**

❑        **ARRAIGNMENT on SUPERSEDING INDICTMENT**

❑        **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** __WALLACE CAPEL, JR__    **DEPUTY CLERK:** __Wanda A. Robinson__

**CASE NO.   1:08cr45-WC**                **DEFT. NAME:** __Cam R. Shepherd__

**USA:** __Emily Maria Ruisanchez__                **ATTY:**_____

_____Type Counsel: (  ) Retained; (  ) Panel CJA; (  ) Waived; ( ) CDO ;

**USPTSO/USPO:**_____

**Defendant** _____**does**___**does NOT need an interpreter; NAME**_____

---

❑Kars.        Date of Arrest _____    or        karsr 5

❑ kia.        Deft. First Appearance. Advised of rights/charges.  Pro/Sup Rel Violator

❑ Finaff.        Financial Affidavit executed ❑ to be obtained by PTS;  √ **ORAL** Motion for Appt. Of Counsel.

❑ koappted        **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**

❑20appt.        Panel Attorney Appointed;  ❑ to be appointed - prepare voucher

❑         Deft. Advises he will retain counsel. Has retained _____

❑        Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❑ To be followed by written motion;

❑        Government's **WRITTEN** Motion for Detention Hrg. filed.

❑        **DETENTION HRG** ❑ **held**; ❑ **set for**_____; ❑ **Prelim. Hrg** ❑ Set for_____

❑ kotempdtn.   **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

❑kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered

❑ kocondrls.   Release order entered. ❑ Deft. advised of conditions of release.

❑kbnd.        ❑ **BOND EXECUTED** (M/D AL charges) $ _____   Deft released (kloc LR)

                ❑ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered

❑ Loc.(LC)        Bond **NOT** executed. Deft to remain in Marshal's custody

❑ ko.        Deft. **ORDERED REMOVED** to originating district

❑ kwvprl.        Waiver of ❑ Preliminary hearing; ❑ Kwvr40hrg. (Waiver of R.40 Hearing)

❑        Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered.

❑        **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**

                Trial Term _____;    ❑ **PRETRIAL CONFERENCE DATE:** _____

                DISCOVERY DISCLOSURES DATE_____

❑ Krmknn.   **NOTICE** to retained Criminal Defense Attorney handed to Counsel

❑ krmvhrg.        Identity/Removal Hearing set for _____

❑ Kwvspt        **Waiver of Speedy Trial Act Rights Executed.**

**HEARING NOT HELD;**

GOVERNMENT'S ORAL MOTION to CONTINUE ARRAIGNMENT;

COURT'S ORAL ORDER GRANTING MOTION TO CONTINUE