IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 1:08cr45-WC |
| ) | |
| CAM R. SHEPHERD ) | |

## ORDER

An oral order was issued in this case on May 13, 2008 granting the Government's oral motion to continue the arraignment for defendant Cam R. Shepherd. For good cause, it is

ORDERED that this written order serve as a follow up to the oral order resetting the arraignment for this defendant for July 15, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Ft. Rucker, Alabama.

DONE this 14th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE