| | |
|---|---|
| COURTROOM DEPUTY MINUTES<br>MIDDLE DISTRICT OF ALABAMA | DATE: 7/15/08<br>DIGITAL RECORDING: 11:00-11:01 |

- ✓ **INITIAL APPEARANCE**
- ❏ **DETENTION HEARING**  \*\*Government ORALLY moves to CONTINUE\*\*
- ❏ **REMOVAL HEARING (R.40)**  \*\*COURT GRANTS; RESET for 9/9/08 @ 10:00 a.m.\*\*
- ✓ **ARRAIGNMENT**
- ❏ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❏ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE:** TERRY F. MOORER  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 1:08cr45-TFM  **DEFT. NAME:** Cam R. Shepherd

**USA:** Emily Maria Ruisanchez  **ATTY:** _____

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

**USPTSO/USPO:** _____

Defendant ____ does ____ does NOT need an interpreter; NAME _____

---

| | | |
|---|---|---|
| ❏ Kars. | Date of Arrest _____ | or    karsr 5 |
| ❏ kia. | Deft. First Appearance. Advised of rights/charges. | Pro/Sup Rel Violator |
| ❏ Finaff. | Financial Affidavit executed ❏ to be obtained by PTS; | **ORAL** Motion for Appt. Of Counsel. |
| ❏ koappted | **ORAL ORDER** appointing Federal Defender - | **Notice to be filed.** |
| ❏ 20appt. | Panel Attorney Appointed; ❏ to be appointed - prepare voucher | |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ | |
| ❏ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❏ To be followed by written motion; | |
| ❏ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ❏ | **DETENTION HRG** ❏ held; ❏ set for _____ ; ❏ **Prelim. Hrg** ❏ Set for _____ | |
| ❏ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ❏ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ❏ kocondrls. | Release order entered. ❏ Deft. advised of conditions of release. | |
| ❏ kbnd. | ❏ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ❏ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ❏ Loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ❏ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ❏ kwvprl. | Waiver of ❏ Preliminary hearing; ❏ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ❏ | Court finds **PROBABLE CAUSE**. Defendant **HELD**. Plea of **NOT GUILTY** entered. | |
| ❏ | **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED** | |
| | Trial Term _____ ; ❏ PRETRIAL CONFERENCE DATE: _____ | |
| | DISCOVERY DISCLOSURES DATE: _____ | |
| ❏ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ❏ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ❏ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |