IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:08cr45-TFM |
| | ) | |
| CAM R. SHEPHERD | ) | |

## **ORDER**

An oral order was issued in this case on July 15, 2008 granting the Government's oral motion to continue the arraignment for defendant Cam R. Shepherd. For good cause, it is

ORDERED that this written order serve as a follow up to the oral order resetting the arraignment for this defendant for September 9, 2008 at 10:00 a.m. at Soldier Service Center, Building 5700, Ft. Rucker, Alabama.

DONE this 17th day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE