IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:08CR45-TFM |
| | ) | |
| CAM R. SHEPHERD | ) | |

### ORDER

_____The court finds that the defendant is eligible for the appointment of counsel pursuant to the Criminal Justice Act 18 U.S.C. §3004A.  Accordingly, it is

ORDERED that the Federal Defender be and is hereby appointed to represent the defendant for all further proceedings.  Appointed counsel shall file a written notice of appearance with the court.

Done this 23rd day of July, 2008.

/s/Terry F. Moorer
TERRY R. MOORER
UNITED STATES MAGISTRATE JUDGE